# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **WESTFIELD INSURANCE COMPANY,** ) <br> ) <br>     **Plaintiff,** ) <br> ) <br> **vs.** ) <br> ) <br> **RELIABLE POULTRY SUPPLY, INC.,** ) <br> **and SANCHEZ ELECTRIC, LLC,** ) <br> ) <br>     **Defendants.** ) | Case No. 1:22-cv-01282 <br> **JURY DEMAND** |

## NOTICE OF APPEARANCE

Please take notice that Matthew B. Rogers of the law firm of Brewer, Krause, Brooks & Chastain, PLLC, hereby appears as counsel of record for the defendant, Sanchez Electric, LLC.

Respectfully submitted,

*s/Matthew B. Rogers*
**STEVEN J. MEISNER**
Registration No. 23777
**MATTHEW B. ROGERS**
Registration No. 38777
Attorneys for Defendant, Sanchez Electric, LLC

**BREWER KRAUSE BROOKS & CHASTAIN, PLLC**
545 Mainstream Drive, Suite 101
Nashville, TN  37228
E-mail: smeisner@bkblaw.com
Direct: (615) 630-7727
E-mail: mrogers@bkblaw.com
Direct: (615) 630-7725
Fax: (615) 256-8985

## CERTIFICATE OF SERVICE

    I hereby certify that a true and exact copy of the foregoing document has been served by the methods indicated upon the following on this 4th day of January, 2023:

| Methods | Recipient |
|---|---|
| ☐ Hand<br>☐ Regular Mail<br>☐ Certified Mail<br>☐ Fax<br>☐ Fed X<br>☐ Email<br>☒ EFS | David L. Cooper, Esquire (BPR #11445)<br>The Law Office of David L. Cooper, PC<br>Third Avenue North Building<br>208 Third Avenue North, Suite 300<br>Nashville, TN 37201<br>E-Mail: dcooper@cooperlawfirm.com<br>Phone: (615) 256-1008<br>Fax: (615) 256-3330 |
| ☐ Hand<br>☒ Regular Mail<br>☐ Certified Mail<br>☐ Fax<br>☐ Fed X<br>☐ Email<br>☐ EFS | Reliable Poultry Supply, Inc.<br>2974 E. Emma Avenue<br>Springdale, AR 72764 |

                                        *s/Matthew B. Rogers*_____
                                        **MATTHEW B. ROGERS**

SJM:
MBR:mbr